UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 3, 2016

MEMO TO COUNSEL RE:  Penske Logistics LLC, et al. v. Freight Drivers
and Helpers Local Union No. 557 Pension Fund, et al.
Civil No. JFM-15-3277

Dear Counsel:

As stated in my letter of August 23, 2016, plaintiff's motion for summary judgment is granted. Plaintiff is awarded a judgment in the principal amount of $9,586,345.39 and interest in the amount of $2,436,838.21. Plaintiff is also awarded attorney's fees in the amount of $44,302.00 incurred in connection with certain discovery.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge